IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARWIN SILVA COVA, | |
| *Petitioner*, | Civil Action No. 3:26-cv-101 |
| v. | Hon. William S. Stickman IV |
| MICHAEL T. ROSE, *et al*, | |
| *Respondents*. | |

## JUDGMENT ORDER

AND NOW, this 11th day of February 2026, IT IS HEREBY ORDERED that pursuant to Rule 58 of the Federal Rules of Civil Procedure, judgment is entered in favor of Petitioner and against Respondents as specified in the Memorandum Order issued this day. The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

*/s/William S. Stickman IV*
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE